■ EFDEY ELECTRIC, INC., Respondent, v HAROLD S. ELOVICH et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Jerome Hornblass, J.), entered on March 2, 1988, unanimously affirmed for the reasons stated by Hornblass, J. Petitioner judgment creditor respondent shall recover of appellants $250 costs and disbursements of this appeal. Concur—Murphy, P. J., Milonas, Kassal, Rosenberger and Smith, JJ.

■ ABRAHAM GOLDFINGER, Respondent, v LEO LISKER, Appellant.—Two orders, Supreme Court, New York County (Leonard Cohen, J.), entered on June 1, 1988 and December 28, 1988, respectively, unanimously affirmed. Respondent shall recover of appellant one bill of $250 costs and disbursements of these appeals. Respondent-appellant's motion for a stay and for other related relief denied, with $100 costs. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Asch and Wallach, JJ.

■ In the Matter of MITCHELL BEDELL, an Attorney.—Motion for a reference of this matter to the Departmental Disciplinary Committee denied as moot. Concur—Kupferman, J. P., Ross, Kassal, Rosenberger and Ellerin, JJ.